Frank A. Toddre, II, Esq.
Nevada Bar No. 11474
Jonathan A. Rich, Esq.
Nevada Bar No. 15312
COZEN O'CONNOR
1180 North Town Center Drive
Suite 260
Las Vegas, NV  89144
Telephone: 702-470-2330
Facsimile: 702-470-2370
Email: FToddre@cozen.com
         JARich@cozen.com
*Attorney for Defendant*
*Sonesta International Hotels Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ODALYS ZAMORA-YARINE, an individual<br><br>Plaintiff,<br><br>v.<br><br>SONESTA INTERNATIONAL HOTELS CORPORATION, a foreign corporation d/b/a SONESTA SIMPLY SUITES LAS VEGAS; DOE NEVADA CITIZEN 1; DOES 2 through 20, inclusive, and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:24-CV-02120-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL AND MOTION TO COMPEL TO DEEM ADMISSIONS ADMITTED** |

Plaintiff ODALYS ZAMORA-YARINE, by and through her counsel C. Jared Clark, Esq., Evan K. Simonsen, Esq., and Palvin S. Jhita, Esq., of Clark Law Group, PLLC and Defendant SONESTA INTERNATIONAL HOTELS CORPORATION, by and through its counsel Frank Toddre, Esq., and Jonathan A. Rich, Esq., of Cozen O'Connor, hereby stipulate and agree as follows:

1. On May 27, 2025, Plaintiff filed his separate Motion to Compel and Motion to Compel to Deem Admissions Admitted, following which the Court set a briefing schedule as follows:

    - Defendant's Oppositions due: June 10, 2025

    - Plaintiff's Responses due: June 17, 2025

2. The parties agree to a short extension of these deadlines to accommodate the schedules of counsel.

3. The parties respectfully request that the Court approve the following revised briefing schedule:

- Defendant's Oppositions due: June 17, 2025

- Plaintiff's Responses due: June 24, 2025

This is the first requested extension of the briefing schedule and is made in good faith and not for the purpose of delay.

| DATED this 10th day of June, 2025. | DATED this 10th day of June, 2025. |
|---|---|
| COZEN O'CONNOR | CLARK LAW GROUP, PLLC |

/s/ Jonathan A. Rich
FRANK A. TODDRE, II, ESQ.
Nevada Bar No. 11474
JONATHAN A. RICH, ESQ
Nevada Bar No. 15312
1180 North Town Center Drive, Suite 260
Las Vegas, NV 89144
*Attorneys for Defendant*

/s/ Palvin S. Jhita
C. JARED CLARK, ESQ.
Nevada Bar No. 13672
EVAN K. SIMONSEN, ESQ.
Nevada Bar No. 13762
PALVIN S. JHITA, ESQ.
Nevada Bar No. 16716
6655 W. Sahara Ave., Ste. A114
Las Vegas, NV 89146
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 11, 2025

LEGAL\78373337\1